# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WESLEY FROST                                                                                              PLAINTIFF

v.                                        4:16CV00929-JM-JJV

YELL COUNTY DETENTION
FACILITY; *et al.*                                                            DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Yell County Detention Facility and Gilkey are DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against them.

DATED this 1st day of February, 2017.

                                                     JAMES M. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE